UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-60143-CR-SMITH

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**GEORGE TERZADO,**

      Defendant,

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 56)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Alicia M. Otazo-Reyes ("Report," ECF No. 56), issued on August 2, 2022 recommending that the Defendant's Motion for Franks Hearing, ECF No. [37] be denied. The Defendant filed Objections to the Report on August 16, 2022, ECF No. [63] and Exhibits ECF No. [67], and the Government filed a Response to Objections on August 30, 2022, ECF No. [64]. Having reviewed, *de novo*, the Report of the Magistrate Judge, the aforementioned filings by the parties, and the record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (ECF No. 56) issued on August 2, 2022 is **AFFIRMED and ADOPTED**.

2. Defendant's Motion For Franks Hearing, ECF No. [37] is Denied.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 3rd day of October, 2022.

_____
RODNEY SMITH
United States District Judge